Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff Brenda Pickern

Shane Singh, SBN 202733
**LEWIS BRISBOIS BISGAARD & SMITH**
2850 Gateway Oaks Drive Suite 450
Sacramento CA 95833
Telephone: (916) 564.5400
Facsimile: (916) 564.5444
Email: shane.singh@lewisbrisbois.com

Attorney for Defendant US Food Corp, Inc.
dba Long John Silvers #31918

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Brenda Pickern, | Case No. 2:14-cv-01806-MCE-CMK |
|---|---|
| Plaintiff, | **Joint Stipulation for Dismissal and Order Thereon** |
| v. | |
| US Food Corp, Inc. dba Long John Silvers #31918, *et al.*, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and Defendant US Food Corp, Inc. dba Long John Silvers #31918, stipulate and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 16, 2017          DISABLED ADVOCACY GROUP, APLC

                               /s/  Scottlynn J Hubbard
                               Scottlynn J Hubbard
                               Attorney for Plaintiff Brenda Pickern

Dated: March 16, 2017          LEWIS BRISBOIS BISGAARD & SMITH

                               /s/  Shane Singh
                               Shane Singh
                               Attorney for Defendant US Food Corp, Inc.

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the above entitled action is hereby dismissed, in its entirety, with prejudice. that the complaint of plaintiff, USDC Case No. 2:14-cv-01806-MCE-CMK, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 17, 2017

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE